

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2019

No. 04-19-00115-CR

Saul **CHAVEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1244-CR-B
Honorable Jessica Crawford, Judge Presiding

## O R D E R

Lori Schmid's second notification of late record is hereby noted. The reporter's record is due no than August 16, 2019. No further extensions absent extraordinary circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court